UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

*Robert L. Schmidt RS5975*
**AST & SCHMIDT, P.C.**
222 Ridgedale Ave., P.O. Box 1309
Morristown, NJ  07962-1309
(973) 984-1300
robert@astschmidtlaw.com
Attorneys for Debtor

In Re:

CRAIG A. RYNO

   Debtor.

Order Filed on January 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18319 (CMG)

Chapter 13

Hon. Christine M. Gravelle

Hearing: January 17, 2018

### ORDER GRANTING SUPPLEMENTAL FEES TO DEBTOR'S ATTORNEY

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: January 18, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | **CRAIG A. RYNO** |
| Case No: | **17-18319 (CMG)** |
| Caption of Order: | **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES** |

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Ast & Schmidt, P.C., the applicant, is allowed a fee of $6,730.50 and unreimbursed expenses in the amount of $103.00, for a total of $6,833.50. The allowance shall be payable:

   __X__      Through the Chapter 13 plan as an administrative priority. Plan Payments will increase to $3,775 per month for the remainder of the Plan.

   ____      Outside the plan.

(Local Form 14 Rev. September 2002)

Z:\DAA Data\Data\CHAP13\Ryno, C\Fee App\Proposed Order 171226.wpd