---

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>*Robert L. Schmidt RS5975*<br>AST & SCHMIDT, P.C.<br>222 Ridgedale Ave., P.O. Box 1309<br>Morristown, NJ  07962-1309<br>(973) 984-1300<br>robert@astschmidtlaw.com<br>Attorneys for Debtor |
| In Re:<br><br>CRAIG A. RYNO<br><br>    Debtor. |

Order Filed on January 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18319 (CMG)

Chapter 13

Hon. Christine M. Gravelle

Hearing: January 17, 2018

**ORDER GRANTING SUPPLEMENTAL FEES TO DEBTOR'S ATTORNEY**

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: January 18, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor:              **CRAIG A. RYNO**
Case No:             **17-18319 (CMG)**
Caption of Order:    **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Ast & Schmidt, P.C., the applicant, is allowed a fee of $6,730.50 and unreimbursed expenses in the amount of $103.00, for a total of $6,833.50. The allowance shall be payable:

   __X__        Through the Chapter 13 plan as an administrative priority. Plan Payments will increase to $3,775 per month for the remainder of the Plan.

   _____        Outside the plan.

(Local Form 14 Rev. September 2002)

-2-

Z:\DAA Data\Data\CHAP13\Ryno, C\Fee App\Proposed Order 171226.wpd

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 17-18319-CMG
Craig A. Ryno                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1                  Date Rcvd: Jan 18, 2018
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.
db            +Craig A. Ryno,   1807 Bay Blvd.,   Lavallette, NJ 08735-2511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Brian E Caine    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
       bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
      Brian E Caine    on behalf of Creditor    Franklin Credit Management Corporation
       bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
      Charles H. Jeanfreau    on behalf of Creditor    USAA Savings Bank Charlesj@w-legal.com,
       BNCmail@w-legal.com
      David A. Ast    on behalf of Debtor Craig A. Ryno david@astschmidtlaw.com,
       info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
      Emmanuel J. Argentieri    on behalf of Creditor    JP Morgan Mortgage Acquisition Corp.
       bk@rgalegal.com
      Rebecca Ann Solarz    on behalf of Creditor    DLJ Mortgage Capital, Inc. rsolarz@kmllawgroup.com
      Robert L. Schmidt    on behalf of Debtor Craig A. Ryno robert@astschmidtlaw.com,
       info@astschmidtlaw.com;david@astschmidtlaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                TOTAL: 9