Form 226 – 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17–18319–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Craig A. Ryno
 1807 Bay Blvd.
 Lavallette, NJ 08735

Social Security No.:
 xxx–xx–0181

Employer's Tax I.D. No.:

---

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

Please be advised that Craig A. Ryno the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on February 20, 2018.

State of New Jersey
Division of Taxation
P.O. Box 245
Trenton, NJ 08695–0245

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19104–7346


Dated: February 23, 2018
JAN: mmf

Jeanne Naughton
Clerk