Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−18319−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Craig A. Ryno
   1807 Bay Blvd.
   Lavallette, NJ 08735

Social Security No.:
   xxx−xx−0181

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

   Please be advised that Craig A. Ryno the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on February 20, 2018.

State of New Jersey
Division of Taxation
P.O. Box 245
Trenton, NJ 08695−0245

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19104−7346


Dated: February 23, 2018
JAN: mmf

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 17-18319-CMG
Craig A. Ryno                                                    Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Feb 23, 2018
                              Form ID: 226             Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db             +Craig A. Ryno,    1807 Bay Blvd.,    Lavallette, NJ 08735-2511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 24 2018 00:00:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    Franklin Credit Management Corporation
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Charles H. Jeanfreau    on behalf of Creditor    USAA Savings Bank Charlesj@w-legal.com,
               BNCmail@w-legal.com
              David A. Ast    on behalf of Debtor Craig A. Ryno david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              Emmanuel J. Argentieri    on behalf of Creditor    JP Morgan Mortgage Acquisition Corp.
               bk@rgalegal.com
              Rebecca Ann Solarz    on behalf of Creditor    DLJ Mortgage Capital, Inc. rsolarz@kmllawgroup.com
              Robert L. Schmidt    on behalf of Debtor Craig A. Ryno robert@astschmidtlaw.com,
               info@astschmidtlaw.com;david@astschmidtlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```