Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2017 to 02/17/2018  
**Chapter 13 Case No. 17-18319 / CMG**

Craig A. Ryno  
1807 Bay Blvd.  
Lavallette  NJ  08735

Petition Filed Date: 04/25/2017  
341 Hearing Date: 06/15/2017  
Confirmation Date: 11/15/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/25/2017 | $2,570.00 | 39885880 | 06/12/2017 | $2,570.00 | 40353630 | 07/10/2017 | $2,570.00 | 41144380 |
| 08/15/2017 | $2,570.00 | 42047000 | 09/12/2017 | $2,570.00 | 42781620 | 10/24/2017 | $2,570.00 | 43822350 |
| 11/13/2017 | $2,570.00 | 44372010 | 12/11/2017 | $3,634.00 | 45121900 | 01/26/2018 | $3,634.00 | 46167480 |

**Total Receipts for the Period: $25,258.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,258.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Craig A. Ryno | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | DAVID A AST<br>»»  ATTY DISCL | Attorney Fees | $647.00 | $647.00 | $0.00 |
| 1 | NAVIENT SOLUTIONS, INC | Unsecured Creditors | $30,020.20 | $0.00 | $30,020.20 |
| 2 | DEUTSCHE BANK NATIONAL TRUST<br>»»  P/1807 BAY BLVD./2ND MTG/ORD 9/21/FRANKLIN CREDIT | Mortgage Arrears | $141,919.00 | $16,190.55 | $125,728.45 |
| 3 | MERRICK BANK | Unsecured Creditors | $675.12 | $0.00 | $675.12 |
| 4 | JP MORGAN MORTGAGE ACQUISITION CORP<br>»»  P/1807 BAY BLVD/1ST MTG | Mortgage Arrears | $415.00 | $40.34 | $374.66 |
| 5 | USAA FEDERAL SAVINGS BANK | Unsecured Creditors | $15,854.51 | $0.00 | $15,854.51 |
| 0 | DAVID A AST<br>»»  ORDER 1/18/18 | Attorney Fees | $6,833.50 | $3,397.79 | $3,435.71 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $25,258.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $20,275.68 | Current Monthly Payment: | $3,634.00 |
| Paid to Trustee: | $1,577.52 | Arrearages: | $3,634.00 |
| Funds on Hand: | $3,404.80 |  |  |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**