**AST & SCHMIDT, P.C.**
*Robert L. Schmidt, Esq. RS-5795*
222 Ridgedale Avenue
P.O. Box 1309
Morristown, NJ  07962-1309
(973) 984-1300
robert@astschmidtlaw.com
Attorney for Debtor

| | |
|---|---|
| In the Matter of: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Craig A. Ryno | Chapter 13 |
| Debtor. | Case No.  17-18319-CMG |
| | Judge:  Honorable Christine M. Gravelle |

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | **Craig A. Ryno    17-18319-CMG** |
| Creditor Name and Address: | **Internal Revenue Service** **955 South Springfield Ave., Building A, Springfield, NJ 07081** |
| Court Claim Number (if known): | **6**    (Filed by the debtor on behalf of the Internal Revenue Service) |
| Date Claim Filed: | **February 20, 2018** |
| Total Amount of Claim Filed: | $**12,903.83** |

I, the undersigned, am the attorney for the debtor.  I hereby withdraw the above-referenced claim, which was filed by the debtor on behalf of the Internal Revenue Service, and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:  April 17, 2018        /s/ Robert L. Schmidt
                              Print Name:  Robert L. Schmidt, Esq.
                              Title (if applicable): Attorney for the Debtor

_____:

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.
*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.
*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.
*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.
*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**