Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re Craig A. Ryno , Case No. 17-18319-CMG

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  1  (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on              5/1/2018             .

Navient Solutions, LLC  
Name of Alleged Transferor

ECMC  
Name of Transferee

Address of Alleged Transferor:  
Navient Solutions, LLC  
PHEAA  
POB 8147  
Harrisburg, PA 17105

Address of Transferee:  
ECMC  
PO BOX 16408  
ST. PAUL, MN 55116-0408

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/03/2018

Jeanne A. Naughton  
**CLERK OF THE COURT**