## State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX<br>TRENTON, NJ 08625-0106 | GURBIR S. GREWAL<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

May 17, 2018

**VIA ECF**
Honorable Christine M. Gravelle, U.S.B.J.
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

    **Re:  In the Matter of Craig A. Ryno, Debtor**
        **Chapter 13, Case No. 17-18319-CMG**
        **Hearing Date: June 6, 2018 at 9:00 a.m.**

Dear Judge Gravelle:

    On behalf of the Director of the New Jersey Division of Taxation ("Division"), please be advised that the Division does not oppose Debtor's Motion to Allow the Division's Late Filed Claim and to Allow Payment of Said Claim Through Debtor's Confirmed Chapter 13 Plan, returnable on June 6, 2018.  Thank you for your attention to this matter.

                Respectfully submitted,

                GURBIR S. GREWAL
                ATTORNEY GENERAL OF NEW JERSEY

        By:  /s/ Stacy-Ann T. Davy
              Stacy-Ann T. Davy
              Deputy Attorney General
              (024642005)

  cc:  Robert Schmidt, Esq.,  Debtor's counsel (via ECF)
      Albert Russo, Trustee (via ECF)

