UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Robert L. Schmidt RS5795
**AST & SCHMIDT, P.C.**
222 Ridgedale Avenue
PO Box 1309
Morristown, NJ 07962
973-984-1300
robert@astschmidtlaw.com
Attorneys for the Debtor

In Re:

CRAIG A. RYNO

    Debtor.

**Order Filed on June 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 17-18319 (CMG)

Chapter 13

Judge: Christine M. Gravelle

Hearing: June 6, 2018

**ORDER ALLOWING LATE PROOF OF CLAIM NO. 7 FILED BY THE
STATE OF NEW JERSEY DIVISION OF TAXATION AND PAYMENT OF
<u>SAME THROUGH DEBTOR'S CONFIRMED CHAPTER 13 PLAN</u>**

  The relief set forth on the following page(s), numbered two (2) is hereby ORDERED.

**DATED: June 8, 2018**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
**Debtor**:              CRAIG A. RYNO
**Case No.**:            17-18319 (CMG)
**Caption of Order**:    Order Allowing Late Proof of Claim No. 7
                         Filed by the State of New Jersey Division of
                         Taxation and Payment of Same Through Debtor's
                         Confirmed Chapter 13 Plan

_____

This matter being opened to the Court by AST & SCHMIDT, P.C., attorneys for debtor, Craig A. Ryno ("Debtor"), upon the filing of a Verified Motion to Allow Late Proof of Claim No. 7 Filed by Internal Revenue Service and Payment of Same Through Debtor's Confirmed Chapter 13 Plan; and the Court having considered the pleadings in support of the motion, and opposition, if any; and the Court having heard oral argument; and good and sufficient cause appearing;

It is on this day hereby:

**ORDERED**, that Proof of Claim No. 7, as appearing on the Claims Register, filed by the State of New Jersey Division of Taxation, as amended on March 13, 2018, be and hereby is allowed as follows:

> (i) a priority unsecured claim pursuant to 11 U.S.C. § 507(a)(8) in the amount of $4,182.40, which shall be paid in full through the Debtor's chapter 13 plan; and
>
> (ii) a general unsecured claim in the amount of $5,106.37, which shall be paid through the chapter 13 plan as a general unsecured claim, and which shall be dischargeable upon Debtor's completion of the chapter 13 plan and entry of the discharge; and it is further

**ORDERED,** that chapter 13 plan payments shall be modified as follows: $39,794 paid to date; $3,634 for one month beginning June 1, 2018; and $4,289 for 46 months beginning July 1, 2018; and it is

further

(Page 2)
**Debtor**:           CRAIG A. RYNO
**Case No.**:         17-18319 (CMG)
**Caption of Order**: Order Allowing Late Proof of Claim No. 7 Filed by the State of New Jersey Division of Taxation and Payment of Same Through Debtor's Confirmed Chapter 13 Plan

_____

**ORDERED**, that a copy of this Order shall be served upon the chapter 13 standing trustee and the State of New Jersey Division of Taxation within 7 days from entry hereof.