UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
─────────────────────────

Caption in Compliance with D.N.J. LBR 9004-2(c)
Robert L. Schmidt RS5795
**AST & SCHMIDT, P.C.**
222 Ridgedale Avenue
PO Box 1309
Morristown, NJ 07962
973-984-1300
robert@astschmidtlaw.com
Attorneys for the Debtor

Order Filed on June 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18319 (CMG)

Chapter 13

Judge: Christine M. Gravelle

Hearing: June 6, 2018

In Re:

CRAIG A. RYNO

                    Debtor.

**ORDER ALLOWING LATE PROOF OF CLAIM NO. 8 FILED BY
INTERNAL REVENUE SERVICE AND PAYMENT OF SAME
THROUGH DEBTOR'S CONFIRMED CHAPTER 13 PLAN**

     The relief set forth on the following page(s), numbered two
(2) is hereby ORDERED.

**DATED: June 8, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
**Debtor:**            CRAIG A. RYNO
**Case No.:**          17-18319 (CMG)
**Caption of Order:**  Order Allowing Late Proof of Claim No. 8
                       Filed by Internal Revenue Service and Payment
                       of Same Through Debtor's Confirmed Chapter 13
                       Plan

---

This matter being opened to the Court by AST & SCHMIDT, P.C., attorneys for debtor, Craig A. Ryno ("Debtor"), upon the filing of a Verified Motion to Allow Late Proof of Claim No. 8 Filed by Internal Revenue Service and Payment of Same Through Debtor's Confirmed Chapter 13 Plan; and the Court having considered the pleadings in support of the motion, and opposition, if any; and the Court having heard oral argument; and good and sufficient cause appearing;

It is hereby:

**ORDERED**, that Proof of Claim No. 8, as appearing on the Claims Register, filed by the Internal Revenue Service, as amended on March 8, 2018,  be and hereby is allowed as follows:

> (i)  a priority unsecured claim, pursuant to 11 U.S.C. § 507(a)(8), in the amount of $7,012.22, which shall be paid through the Debtor's chapter 13 plan; and

> (ii) a general unsecured claim in the amount of $5,391.42, which shall be paid through the chapter 13 plan as a general unsecured claim, and which shall be dischargeable upon Debtor's completion of the chapter 13 plan and entry of the discharge; and it is further

**ORDERED**, that a copy of this Order shall be served upon the Internal Revenue Service and chapter 13 standing trustee within 7 days from entry hereof.