**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. Schmidt RS5975
**AST & SCHMIDT, P.C.**
PO Box 1309
222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300   Fax 973-984-1478
robert@astschmidtlaw.com
Attorney for Debtor

Case No.:    17-18319

In Re:

Chapter:    13

Craig A. Ryno

Judge:    Christine M. Gravelle

Debtor.

# CERTIFICATION OF SERVICE

1. I, Natasha Moore:

    ☐ represent_____ in this matter.

    ☑ am the secretary/paralegal for Ast & Schmidt, P.C., who represents the Debtor in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On June 11, 2018 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

**ORDER ALLOWING LATE FILED CLAIM CLAIM NO. 8 ON THE CLAIMS REGISTER) BY INTERNAL REVENUE SERVICE AND TO ALLOW PAYMENT OF SAID CLAIM THROUGH DEBTOR'S CONFIRMED CHAPTER 13 PLAN**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 11, 2018                                    /s/ Natasha Moore
                                                                         Signature

Z:\DAA Data\Data\CHAP13\Ryno, C\Mo to Allow Late Claim - IRS\Cert of Service.180502 IRS

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Attorney for District of NJ<br>970 Broad Street<br>Newark, NJ 07102 | Authorized Agent for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Attorney General<br>Department of Justice<br>Constitution Avenue & 10th Street N.W.<br>Washington, DC  20530 | Authorized Agent for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo, Trustee<br>1 AAA Drive, Suite 101<br>CN 4853<br>Robbinsville, NJ 08691 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*