| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert L. Schmidt RS5975<br>**AST & SCHMIDT, P.C.**<br>PO Box 1309<br>222 Ridgedale Avenue<br>Morristown, NJ 07962-1309<br>973-984-1300   Fax 973-984-1478<br>robert@astschmidtlaw.com<br>Attorneys for Debtor | |
| In Re:<br><br>　　　Craig A. Ryno<br><br>　　　　　　　　　　Debtor(s). | Case No.:   17-18319<br><br>Chapter:   13<br><br>Judge:   Christine M. Gravelle |

# CERTIFICATION OF SERVICE

1. I, Natasha Moore:

    ☐ represent_____ in this matter.

    ☑ am the secretary/paralegal for Ast & Schmidt, P.C., who represents the Debtor in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On June 11, 2018 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

**Order Allowing Late Filed Claim No. 7 by State of New Jersey Division of Taxation and to Allow Payment of Said Claim Through Debtor's Confirmed Chapter 13 Plan**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 11, 2018                                    /s/ Natasha Moore_____
                                                                            Signature

Z:\DAA Data\Data\CHAP13\Ryno, C\Mo to Allow Late Claim - NJ Div of Tax\Cert of Service.180611

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Gurbir Grewal, Attorney General<br>State of New Jersey<br>Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625-0080 | State of New Jersey Attorney General | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John J. Ficara, Director<br>State of New Jersey<br>Division of Taxation<br>Bankruptcy Unit<br>50 Barrack Street, 9th Floor<br>P.O. Box 245<br>Trenton, NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo, Trustee<br>1 AAA Drive, Suite 101<br>CN 4853<br>Robbinsville, NJ 08691 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*