```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Robert L. Schmidt RS5795
**AST & SCHMIDT, P.C.**
222 Ridgedale Avenue
PO Box 1309
Morristown, NJ 07962
973-984-1300
robert@astschmidtlaw.com
Attorneys for the Debtor

In Re:

CRAIG A. RYNO

                Debtor.

**Order Filed on June 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 17-18319 (CMG)

Chapter 13

Judge: Christine M. Gravelle

Hearing: June 6, 2018

**ORDER ALLOWING LATE PROOF OF CLAIM NO. 7 FILED BY THE
STATE OF NEW JERSEY DIVISION OF TAXATION AND PAYMENT OF
<u>SAME THROUGH DEBTOR'S CONFIRMED CHAPTER 13 PLAN</u>**

    The relief set forth on the following page(s), numbered two (2) is hereby ORDERED.

**DATED: June 8, 2018**

*[Signature]*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
**Debtor:**           CRAIG A. RYNO
**Case No.:**         17-18319 (CMG)
**Caption of Order:** Order Allowing Late Proof of Claim No. 7 Filed by the State of New Jersey Division of Taxation and Payment of Same Through Debtor's Confirmed Chapter 13 Plan

---

This matter being opened to the Court by AST & SCHMIDT, P.C., attorneys for debtor, Craig A. Ryno ("Debtor"), upon the filing of a Verified Motion to Allow Late Proof of Claim No. 7 Filed by Internal Revenue Service and Payment of Same Through Debtor's Confirmed Chapter 13 Plan; and the Court having considered the pleadings in support of the motion, and opposition, if any; and the Court having heard oral argument; and good and sufficient cause appearing;

It is on this day hereby:

**ORDERED**, that Proof of Claim No. 7, as appearing on the Claims Register, filed by the State of New Jersey Division of Taxation, as amended on March 13, 2018, be and hereby is allowed as follows:

> (i) a priority unsecured claim pursuant to 11 U.S.C. § 507(a)(8) in the amount of $4,182.40, which shall be paid in full through the Debtor's chapter 13 plan; and

> (ii) a general unsecured claim in the amount of $5,106.37, which shall be paid through the chapter 13 plan as a general unsecured claim, and which shall be dischargeable upon Debtor's completion of the chapter 13 plan and entry of the discharge; and it is further

**ORDERED**, that chapter 13 plan payments shall be modified as follows: $39,794 paid to date; $3,634 for one month beginning June 1, 2018; and $4,289 for 46 months beginning July 1, 2018; and it is

further

(Page 2)

| | |
|---|---|
| **Debtor:** | CRAIG A. RYNO |
| **Case No.:** | 17-18319 (CMG) |
| **Caption of Order:** | Order Allowing Late Proof of Claim No. 7 Filed by the State of New Jersey Division of Taxation and Payment of Same Through Debtor's Confirmed Chapter 13 Plan |

**ORDERED,** that a copy of this Order shall be served upon the chapter 13 standing trustee and the State of New Jersey Division of Taxation within 7 days from entry hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Craig A. Ryno  
    Debtor

Case No. 17-18319-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 11, 2018  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.  
db          +Craig A. Ryno,    1807 Bay Blvd.,    Lavallette, NJ 08735-2511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2018 at the address(es) listed below:

        Albert   Russo   docs@russotrustee.com  
        Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Brian E Caine   on behalf of Creditor   Deutsche Bank National Trust Company, Et Al...  
        bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
        Brian   E Caine   on behalf of Creditor   Franklin Credit Management Corporation  
        bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
        Charles H. Jeanfreau   on behalf of Creditor   USAA Savings Bank Charlesj@w-legal.com,  
        BNCmail@w-legal.com  
        David A. Ast   on behalf of Debtor Craig A. Ryno david@astschmidtlaw.com,  
        info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com  
        Emmanuel J. Argentieri   on behalf of Creditor   JP Morgan Mortgage Acquisition Corp.  
        bk@rgalegal.com  
        Rebecca Ann Solarz   on behalf of Creditor   DLJ Mortgage Capital, Inc. rsolarz@kmllawgroup.com  
        Robert L. Schmidt   on behalf of Debtor Craig A. Ryno robert@astschmidtlaw.com,  
        info@astschmidtlaw.com;david@astschmidtlaw.com  
        Stacy-Ann T. Davy   on behalf of Creditor   NJ Division of Taxation stacy-ann.davy@law.njoag.gov  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                        TOTAL: 11