```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
─────────────────────────────────────────────
Caption in Compliance with D.N.J. LBR 9004-2(c)
Robert L. Schmidt RS5795
AST & SCHMIDT, P.C.
222 Ridgedale Avenue
PO Box 1309
Morristown, NJ 07962
973-984-1300
robert@astschmidtlaw.com
Attorneys for the Debtor
─────────────────────────────────────────────
In Re:

CRAIG A. RYNO

              Debtor.
```

Order Filed on June 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18319 (CMG)

Chapter 13

Judge: Christine M. Gravelle

Hearing: June 6, 2018

**ORDER ALLOWING LATE PROOF OF CLAIM NO. 8 FILED BY
INTERNAL REVENUE SERVICE AND PAYMENT OF SAME
THROUGH DEBTOR'S CONFIRMED CHAPTER 13 PLAN**

    The relief set forth on the following page(s), numbered two (2) is hereby ORDERED.

**DATED: June 8, 2018**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
**Debtor:** CRAIG A. RYNO
**Case No.:** 17-18319 (CMG)
**Caption of Order:** Order Allowing Late Proof of Claim No. 8 Filed by Internal Revenue Service and Payment of Same Through Debtor's Confirmed Chapter 13 Plan

---

This matter being opened to the Court by AST & SCHMIDT, P.C., attorneys for debtor, Craig A. Ryno ("Debtor"), upon the filing of a Verified Motion to Allow Late Proof of Claim No. 8 Filed by Internal Revenue Service and Payment of Same Through Debtor's Confirmed Chapter 13 Plan; and the Court having considered the pleadings in support of the motion, and opposition, if any; and the Court having heard oral argument; and good and sufficient cause appearing;

It is hereby:

**ORDERED**, that Proof of Claim No. 8, as appearing on the Claims Register, filed by the Internal Revenue Service, as amended on March 8, 2018, be and hereby is allowed as follows:

> (i) a priority unsecured claim, pursuant to 11 U.S.C. § 507(a)(8), in the amount of $7,012.22, which shall be paid through the Debtor's chapter 13 plan; and
>
> (ii) a general unsecured claim in the amount of $5,391.42, which shall be paid through the chapter 13 plan as a general unsecured claim, and which shall be dischargeable upon Debtor's completion of the chapter 13 plan and entry of the discharge; and it is further

**ORDERED**, that a copy of this Order shall be served upon the Internal Revenue Service and chapter 13 standing trustee within 7 days from entry hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Craig A. Ryno  
      Debtor

Case No. 17-18319-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 11, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.  
db         +Craig A. Ryno,    1807 Bay Blvd.,    Lavallette, NJ 08735-2511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2018 at the address(es) listed below:
          Albert    Russo     docs@russotrustee.com  
          Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Brian E Caine     on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...  
           bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com  
          Brian E Caine     on behalf of Creditor    Franklin Credit Management Corporation  
           bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com  
          Charles H. Jeanfreau     on behalf of Creditor    USAA Savings Bank Charlesj@w-legal.com,  
           BNCmail@w-legal.com  
          David A. Ast     on behalf of Debtor Craig A. Ryno david@astschmidtlaw.com,  
           info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com  
          Emmanuel J. Argentieri     on behalf of Creditor    JP Morgan Mortgage Acquisition Corp.  
           bk@rgalegal.com  
          Rebecca Ann Solarz     on behalf of Creditor    DLJ Mortgage Capital, Inc. rsolarz@kmllawgroup.com  
          Robert L. Schmidt     on behalf of Debtor Craig A. Ryno robert@astschmidtlaw.com,  
           info@astschmidtlaw.com;david@astschmidtlaw.com  
          Stacy-Ann T. Davy     on behalf of Creditor    NJ Division of Taxation stacy-ann.davy@law.njoag.gov  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                      TOTAL: 11