**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. Schmidt RS5975
**AST & SCHMIDT, P.C.**
PO Box 1309
222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300   Fax 973-984-1478
robert@astschmidtlaw.com
Attorneys for Debtor

In Re:

    Craig A. Ryno

                    Debtor(s).

Case No.:    17-18319

Chapter:     13

Judge:       Christine M. Gravelle

# CERTIFICATION OF SERVICE

1. I, Natasha Moore:

   ☐ represent_____ in this matter.

   ☑ am the secretary/paralegal for Ast & Schmidt, P.C., who represents the Debtor in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On December 12, 2018 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   **Application for Compensation**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 12, 2018                                     /s/ Natasha Moore _____
                                                             Signature

Z:\DAA Data\Data\CHAP13\Ryno, C\Fee App\Fee App 2\Certificate of Service.181212

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>1 AAA Drive, Suite 101<br>CN 4853<br>Robbinsville, NJ 08691 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American United Life Insurance Company<br>P.O. Box 6002<br>Indianapolis, IN 46206 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Franklin Credit<br>c/o Parker McCay<br>9000 Midtlantic Drive<br>Suite 300<br>Mount Laurel, NJ 08054 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fulton Bank of New Jersey<br>PO Box 6335<br>Fargo, ND 58125 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19104 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rushmore Loan Management<br>PO Box 514707<br>Los Angeles, CA 90051 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*