Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  17−18319−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Craig A. Ryno
   1807 Bay Blvd.
   Lavallette, NJ 08735

Social Security No.:
   xxx−xx−0181

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     1/16/19
Time:    12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Ast & Schmidt, P.C., Debtor's Attorney

COMMISSION OR FEES
$2,686.00

EXPENSES
0.00

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: December 12, 2018
JAN:

                                                          Jeanne Naughton
                                                          Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-18319-CMG
Craig A. Ryno                                                       Chapter 13
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2           Date Rcvd: Dec 12, 2018
                             Form ID: 137             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
db             +Craig A. Ryno,    1807 Bay Blvd.,    Lavallette, NJ 08735-2511
cr            ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  NJ Division of Taxation,    50 Barrack Street,    9th Floor,
                 P.O.Box 245,    Trenton, NJ  08695-0267)
517103690      +Deutsche Bank National Trust Company, et al,    c/o Franklin Credit Management,
                 P.O. Box 829629,    Philadelphia, Pennsylvania 19182,
                 Deutsche Bank National Trust Company, et,    c/o Franklin Credit Management 19182-0001
517103689      +Deutsche Bank National Trust Company, et al,    c/o Franklin Credit Management,
                 P.O. Box 829629,    Philadelphia, Pennsylvania 19182-0001
517491614       ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408,    ECMC,   PO BOX 16408,
                 ST. PAUL, MN 55116-0408
517491613       ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
516785378      +Franklin Credit,    c/o Parker McCay,    9000 Midtlantic Drive,    Suite 300,
                 Mount Laurel, NJ 08054-1539
516868097      +Franklin Credit Management Corporation,    P.O. Box 829629,    Philadelphia, PA 19182-0001
516785379      +Fulton Bank of New Jersey,    PO Box 6335,    Fargo, ND 58125-6335
517068472      +JP MORGAN MORTGAGE ACQUISITION CORP.,    c/o Rushmore Loan Management Services,    PO Box 55005,
                 Irvine, CA 92619-5005
517065117      +JP MORGAN MORTGAGE ACQUISITION CORP.,    c/o Rushmore Loan Management Services,    PO Box 52708,
                 Irvine, CA 92619-2708
516840952      +Navient Solutions, LLC. on behalf of,    PHEAA,    PO BOX 8147,    Harrisburg, PA 17105-8147
516785382       Rushmore Loan Management,    PO Box 514707,    Los Angeles, CA 90051-4707
516785383      +USAA Credit Card Services,    10750 McDermott Freeway,    San Antonio, TX 78288-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2018 00:51:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2018 00:51:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516785377       E-mail/Text: adrienne.johnson@oneamerica.com Dec 13 2018 00:51:10
                 American United Life Insurance Company,    P.O. Box 6002,    Indianapolis, IN 46206-6002
516870112       E-mail/Text: bankruptcynotice@franklincredit.com Dec 13 2018 00:51:28
                 Franklin Credit Management,    PO Box 2301,    Jersey City, NJ 07301
517223301      +E-mail/Text: cio.bncmail@irs.gov Dec 13 2018 00:51:22      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516924098       E-mail/Text: bkr@cardworks.com Dec 13 2018 00:51:00      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516785380      +E-mail/Text: bkr@cardworks.com Dec 13 2018 00:51:00      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
516785381      +E-mail/PDF: pa_dc_claims@navient.com Dec 13 2018 00:55:57      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
517065698      +E-mail/Text: bncmail@w-legal.com Dec 13 2018 00:52:01      USAA Savings Bank,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +USAA Savings Bank,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
517223302*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Dec 12, 2018
                              Form ID: 137             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Brian E Caine    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
           bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    Franklin Credit Management Corporation
           bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          Charles H. Jeanfreau    on behalf of Creditor    USAA Savings Bank Charlesj@w-legal.com,
           BNCmail@w-legal.com
          David A. Ast    on behalf of Debtor Craig A. Ryno david@astschmidtlaw.com,
           info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
          Emmanuel J. Argentieri    on behalf of Creditor    JP Morgan Mortgage Acquisition Corp.
           bk@rgalegal.com
          Rebecca Ann Solarz    on behalf of Creditor    DLJ Mortgage Capital, Inc. rsolarz@kmllawgroup.com
          Robert L. Schmidt    on behalf of Debtor Craig A. Ryno robert@astschmidtlaw.com,
           info@astschmidtlaw.com;david@astschmidtlaw.com
          Stacy-Ann T. Davy    on behalf of Creditor    NJ Division of Taxation stacy-ann.davy@law.njoag.gov
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```