## UNITED STATES BANKRUPTCY COURT
### District of New Jersey (Trenton)

| | |
|---|---|
| IN RE: | Case No.: 17-18319 |
| Debtors: Craig A. Ryno | Loan Number (Last 4): 8213 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| CSMC 2017-RPL3 Trust | JP MORGAN MORTGAGE ACQUISITION CORP. |
| Serviced by Select Portfolio Servicing, Inc. | c/o Rushmore Loan Management Services |
| Name of Transferee | Name of Transferor |
| | |
| 3217 S. Decker Lake Dr. | Court Claim # (if known): 4 |
| Salt Lake City, UT 84115 | Amount of Claim: $583,357.91 |
| | Date Claim Filed: 09/13/2017 |
| | |
| Phone: 866-247-1722 | Last Four Digits of Acct #: 2098 |
| Last Four Digits of Acct #: 8213 | |

Name and Address where transferee payments should be sent (if different from above):
PO Box 65450
Salt Lake City, UT 84165

Phone: 866-247-1722

Last Four Digits of Acct #: 8213

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | | | |
|---|---|---|---|
| By: | /s/ Michelle Enoch | Date: | 12/19/2018 |
| | Bankruptcy Supervisor | | |
| | (Approved by: Michelle Enoch) | | |

Specific Contact Information:
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

482763-1a151b12-94d8-401d-a76a-2e2d483bf69f