Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re  Craig A. Ryno            ,      Case No.  17-18319-CMG

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  4  (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on          12/19/2018          .

JP MORGAN MORTGAGE ACQUISITION CORP         CSMC 2017-RPL3 Trust
Name of Alleged Transferor                  Name of Transferee

Address of Alleged Transferor:              Address of Transferee:
JP MORGAN MORTGAGE ACQUISITION              CSMC 2017-RPL3 Trust
CORP                                        Serviced by Select Portfolio Servicing,
c/o Rushmore Loan Management Services       3217 S. Decker Lake Dr.
PO Box 52708                                Salt Lake City, UT 84115
Irvine, CA 92619

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  01/08/2019                                  Jeanne A. Naughton
                                                   **CLERK OF THE COURT**