UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

*Robert L. Schmidt RS5975*
AST & SCHMIDT, P.C.
222 Ridgedale Ave., P.O. Box 1309
Morristown, NJ  07962-1309
(973) 984-1300
robert@astschmidtlaw.com
Attorneys for Debtor

In Re:

CRAIG A. RYNO

            Debtor.

Order Filed on January 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18319 (CMG)

Chapter 13

Hon. Christine M. Gravelle

Hearing: January 16, 2019

## ORDER GRANTING SUPPLEMENTAL FEES TO DEBTOR'S ATTORNEY

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: January 17, 2019**

*/s/ Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: **CRAIG A. RYNO**
Case No: **17-18319 (CMG)**
Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that, the applicant, Ast & Schmidt, P.C., is allowed supplemental fees in the amount of $2,686.00. The allowance shall be payable:

| | |
|---|---|
| _X_ | Through the Chapter 13 plan as an administrative priority. Plan Payments will increase to $4,363 per month for the remainder of the Plan. |
| ____ | Outside the plan. |