```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

*Robert L. Schmidt RS5975*
AST & SCHMIDT, P.C.
222 Ridgedale Ave., P.O. Box 1309
Morristown, NJ  07962-1309
(973) 984-1300
robert@astschmidtlaw.com
Attorneys for Debtor

In Re:

CRAIG A. RYNO

        Debtor.

Order Filed on January 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18319 (CMG)

Chapter 13

Hon. Christine M. Gravelle

Hearing: January 16, 2019

## ORDER GRANTING SUPPLEMENTAL FEES TO DEBTOR'S ATTORNEY

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: January 17, 2019**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

**(Page 2)**

Debtor: **CRAIG A. RYNO**

Case No: **17-18319 (CMG)**

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that, the applicant, Ast & Schmidt, P.C., is allowed supplemental fees in the amount of $2,686.00. The allowance shall be payable:

   __X__       Through the Chapter 13 plan as an administrative priority. Plan Payments will increase to $4,363 per month for the remainder of the Plan.

   _____       Outside the plan.

Z:\DAA Data\Data\CHAP13\Ryno, C\Fee App\Fee App 2\Proposed Order 171226.wpd

United States Bankruptcy Court
District of New Jersey

In re:  
Craig A. Ryno  
    Debtor

Case No. 17-18319-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 17, 2019  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2019.  
db    +Craig A. Ryno,   1807 Bay Blvd.,   Lavallette, NJ 08735-2511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2019 at the address(es) listed below:  
    Albert Russo   docs@russotrustee.com  
    Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com  
    Brian E Caine   on behalf of Creditor Deutsche Bank National Trust Company, Et Al...  
    bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
    Brian E Caine   on behalf of Creditor Franklin Credit Management Corporation  
    bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
    Charles H. Jeanfreau   on behalf of Creditor USAA Savings Bank Charlesj@w-legal.com,  
    BNCmail@w-legal.com  
    David A. Ast   on behalf of Debtor Craig A. Ryno david@astschmidtlaw.com,  
    info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com  
    Emmanuel J. Argentieri   on behalf of Creditor JP Morgan Mortgage Acquisition Corp.  
    bk@rgalegal.com  
    Rebecca Ann Solarz   on behalf of Creditor DLJ Mortgage Capital, Inc. rsolarz@kmllawgroup.com  
    Robert L. Schmidt   on behalf of Debtor Craig A. Ryno robert@astschmidtlaw.com,  
    info@astschmidtlaw.com;david@astschmidtlaw.com  
    Stacy-Ann T. Davy   on behalf of Creditor NJ Division of Taxation stacy-ann.davy@law.njoag.gov  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 11