Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018  
**Chapter 13 Case No. 17-18319 / CMG**

Craig A. Ryno

Petition Filed Date: 04/25/2017  
341 Hearing Date: 06/15/2017  
Confirmation Date: 11/15/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/26/2018 | $3,634.00 | 46167480 | 02/20/2018 | $3,634.00 | 46784960 | 03/23/2018 | $3,634.00 | 47729450 |
| 04/24/2018 | $3,634.00 | 48568570 | 05/24/2018 | $3,634.00 | 49362440 | 06/29/2018 | $3,634.00 | 50227380 |
| 07/23/2018 | $4,289.00 | 50913130 | 08/27/2018 | $4,289.00 | 51791080 | 09/26/2018 | $4,289.00 | 52594220 |
| 10/29/2018 | $4,289.00 | 53399980 | 11/28/2018 | $4,289.00 | 54211910 | 12/27/2018 | $4,289.00 | 54907280 |

**Total Receipts for the Period: $47,538.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $69,162.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Craig A. Ryno | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | DAVID A AST<br>»» ATTY DISCL | Attorney Fees | $647.00 | $647.00 | $0.00 |
| 1 | ECMC<br>»» STUDENT LOAN\NAVIENT | Unsecured Creditors | $30,020.20 | $0.00 | $30,020.20 |
| 2 | DEUTSCHE BANK NATIONAL TRUST<br>»» P/1807 BAY BLVD/2ND MTG/ORD 9/21/2017 | Mortgage Arrears | $141,919.00 | $53,139.95 | $88,779.05 |
| 3 | MERRICK BANK | Unsecured Creditors | $675.12 | $0.00 | $675.12 |
| 4 | CSMC 2017-RPL3 TRUST<br>»» P/1807 BAY BLVD/1ST MTG/JP MORGAN | Mortgage Arrears<br>No Disbursements: Paid in Full | $57.15 | $57.15 | $0.00 |
| 5 | USAA FEDERAL SAVINGS BANK | Unsecured Creditors | $15,854.51 | $0.00 | $15,854.51 |
| 0 | DAVID A AST<br>»» ORDER 1/18/18 | Attorney Fees | $6,833.50 | $6,833.50 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2012-2014 (FILED BY DEBTOR)/WD 4/17/2018 | Priority Crediors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 7 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2014 EST; 2015-2016/ORD 6/8/18 | Priority Crediors | $4,182.40 | $0.00 | $4,182.40 |
| 8 | INTERNAL REVENUE SERVICE<br>»» 2013-2014/ORD 6/8/18 | Priority Crediors | $7,012.22 | $0.00 | $7,012.22 |
| 9 | INTERNAL REVENUE SERVICE<br>»» 2012 TAX PERIOD + PENALTY/ORD 6/8/18 | Unsecured Creditors | $5,391.42 | $0.00 | $5,391.42 |
| 10 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2011;2012-2013 EST/ORD 6/8/18 | Unsecured Creditors | $5,106.37 | $0.00 | $5,106.37 |

**Chapter 13 Case No. 17-18319 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $69,162.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $60,677.60 | Current Monthly Payment: | $4,289.00 |
| Paid to Trustee: | $4,495.63 | Arrearages: | $4,853.00 |
| Funds on Hand: | $3,988.77 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**