| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
Chapter 13 Case No. 17-18319 / CMG

Craig A. Ryno

Petition Filed Date: 04/25/2017
341 Hearing Date: 06/15/2017
Confirmation Date: 11/15/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $4,363.00 | 64941200 | 02/28/2020 | $4,363.00 | 65939640 | 03/27/2020 | $4,363.00 | 66613590 |
| 04/30/2020 | $4,363.00 | 67491720 | 06/01/2020 | $4,363.00 | 68274320 | 07/01/2020 | $4,363.00 | 69043620 |
| 08/03/2020 | $4,363.00 | 69823490 | 08/31/2020 | $4,363.00 | 70495150 | 09/28/2020 | $4,363.00 | 71161480 |
| 10/19/2020 | $4,363.00 | 71688600 | 11/30/2020 | $4,363.00 | 72670280 | 12/30/2020 | $4,363.00 | 73379630 |
| 02/02/2021 | $4,363.00 | 74182120 | | | | | | |

**Total Receipts for the Period:  $56,719.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $178,163.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Craig A. Ryno | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | DAVID A AST<br>»»  ATTY DISCL | Attorney Fees | $647.00 | $647.00 | $0.00 |
| 1 | ECMC<br>»»  STUDENT LOAN\NAVIENT | Unsecured Creditors | $30,020.20 | $0.00 | $30,020.20 |
| 2 | DEUTSCHE BANK NATIONAL TRUST<br>»»  P/1807 BAY BLVD/2ND MTG/ORD 9/21/2017 | Mortgage Arrears | $141,919.00 | $141,919.00 | $0.00 |
| 3 | MERRICK BANK | Unsecured Creditors | $675.12 | $0.00 | $675.12 |
| 4 | CSMC 2017-RPL3 TRUST<br>»»  P/1807 BAY BLVD/1ST MTG/JP MORGAN | Mortgage Arrears<br>No Disbursements: Paid in Full | $57.15 | $57.15 | $0.00 |
| 5 | USAA FEDERAL SAVINGS BANK | Unsecured Creditors | $15,854.51 | $0.00 | $15,854.51 |
| 0 | DAVID A AST<br>»»  ORDER 1/18/18 | Attorney Fees | $6,833.50 | $6,833.50 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE<br>»»  2012-2014 (FILED BY DEBTOR)/WD 4/17/2018 | Priority Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 7 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2014 EST; 2015-2016/ORD 6/8/18 | Priority Creditors | $4,182.40 | $3,596.95 | $585.45 |
| 8 | INTERNAL REVENUE SERVICE<br>»»  2013-2014/ORD 6/8/18 | Priority Creditors | $7,012.22 | $6,030.66 | $981.56 |
| 9 | INTERNAL REVENUE SERVICE<br>»»  2012 TAX PERIOD + PENALTY/ORD 6/8/18 | Unsecured Creditors | $5,391.42 | $0.00 | $5,391.42 |
| 10 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2011;2012-2013 EST/ORD 6/8/18 | Unsecured Creditors | $5,106.37 | $0.00 | $5,106.37 |

| | | | | | |
|---|---|---|---|---|---|
| 0 | DAVID A AST | Attorney Fees | $2,686.00 | $2,686.00 | $0.00 |
| | »» ORDER 1/17/19 | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $178,163.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $161,770.26 | Current Monthly Payment: | $4,363.00 |
| Paid to Trustee: | $12,295.88 | Arrearages: | $4,927.00 |
| Funds on Hand: | $4,096.86 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**