UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robert L. Schmidt, Esq. (RS5795)**
**AST & SCHMIDT, P.C.**
PO Box 1309
222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300   Fax 973-984-1478
robert@astschmidtlaw.com
Attorneys for Debtor

In Re:

CRAIG A. RYNO

Debtor(s).

Case No.:   17-18319

Chapter:    13

Adv. Pro. No.:

Hearing date:   November 3, 2021

Judge:   Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, Antoinette Spameni:

   ☐ represent _____ in this matter.

   ☑ am the secretary/paralegal for Ast & Schmidt, P.C., who represents the Debtor in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On October 21, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   a. Order Shortening Time and Scheduling Hearing Date scheduling a telephonic hearing for November 3, 2021 at 9 a.m. entered on October 21, 2021.
   b. Notice of Verified Motion to Approve Mortgage Financing.
   c. Verified Motion.
   d. Proposed form of Order.
   e. Application Shortening Time.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  October 21, 2021                    /s/ Antoinette Spameni
                                            Signature

Y:\Data\CHAP13\Ryno, C\Motion to Approve Refinancing\COS.21`1021.wpd

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Select Portfolio Servicing, Inc.<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 84119 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Overnight Mail, Email and Telephone Notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo, Chapter 13 Standing Trustee<br>3 AAA Drive • Suite 203<br>Robbinsville, NJ 08691<br>Attn:  Mary Krieger, Esq. | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Overnight Mail and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16