UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on October 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Craig A. Ryno

Case No.: _____17-18319-CMG_____

Chapter: _____13_____

Judge: _____Christine M. Gravelle_____

---

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

**(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 21, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of _the debtor_ for a reduction of time for a hearing on _Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d)_ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _November 3, 2021_ at _09:00 am_ in the United States Bankruptcy Court, _402 East State Street Trenton NJ 08608_, Courtroom No. _3_.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _Secured Creditor and Trustee_

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within _1_ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _Secured Creditor_

☐ on the same day as the date of this Order, or

☒ within _1_ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.


7. Any objections to said motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

          _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing in the manner prescribed below.


8.  For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

    ☒ Parties are directed to make arrangements to appear telephonically via Court
        Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

    ☐ Other:

*rev.3/23/20*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-18319-CMG |
| Craig A. Ryno | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Craig A. Ryno, 1807 Bay Blvd., Lavallette, NJ 08735-2511 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 23, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor Franklin Credit Management Corporation bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor Deutsche Bank National Trust Company  Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Charles H. Jeanfreau | on behalf of Creditor USAA Savings Bank charles.jeanfreau@mccalla.com  BNCmail@w-legal.com |
| David A. Ast | |

District/off: 0312-3                                  User: admin                                          Page 2 of 2
Date Rcvd: Oct 21, 2021                         Form ID: pdf903                                  Total Noticed: 1

on behalf of Debtor Craig A. Ryno david@astschmidtlaw.com
info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com

Denise E. Carlon

on behalf of Creditor CSMC 2017-RPL3 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Emmanuel J. Argentieri

on behalf of Creditor JP Morgan Mortgage Acquisition Corp. bk@rgalegal.com

Kevin Gordon McDonald

on behalf of Creditor CSMC 2017-RPL3 Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Rebecca Ann Solarz

on behalf of Creditor DLJ Mortgage Capital  Inc. rsolarz@kmllawgroup.com

Robert L. Schmidt

on behalf of Debtor Craig A. Ryno robert@astschmidtlaw.com  info@astschmidtlaw.com;david@astschmidtlaw.com

Stacy-Ann T. Davy

on behalf of Creditor NJ Division of Taxation stacy-ann.davy@law.njoag.gov

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13