UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on October 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Craig A. Ryno

| | |
|---|---|
| Case No.: | 17-18319-CMG |
| Chapter: | 13 |
| Judge: | Christine M. Gravelle |

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**
(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 21, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of  the debtor                              for a reduction of time for a hearing on  Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d)  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  November 3, 2021           at  09:00 am   in the United States Bankruptcy Court,  402 East State Street Trenton NJ 08608                      , Courtroom No.  3       .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Secured Creditor and Trustee

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within  1      day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Secured Creditor

☐ on the same day as the date of this Order, or

☒ within  1      day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other:

*rev.3/23/20*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-18319-CMG
Craig A. Ryno  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Oct 21, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

**Recip ID      Recipient Name and Address**
db      + Craig A. Ryno, 1807 Bay Blvd., Lavallette, NJ 08735-2511

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:

**Name      Email Address**

Albert Russo
     docs@russotrustee.com

Albert Russo
     on behalf of Trustee Albert Russo docs@russotrustee.com

Brian E Caine
     on behalf of Creditor Franklin Credit Management Corporation bcaine@parkermccay.com BKcourtnotices@parkermccay.com

Brian E Caine
     on behalf of Creditor Deutsche Bank National Trust Company Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Charles H. Jeanfreau
     on behalf of Creditor USAA Savings Bank charles.jeanfreau@mccalla.com BNCmail@w-legal.com

David A. Ast

on behalf of Debtor Craig A. Ryno david@astschmidtlaw.com info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com

Denise E. Carlon
on behalf of Creditor CSMC 2017-RPL3 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Emmanuel J. Argentieri
on behalf of Creditor JP Morgan Mortgage Acquisition Corp. bk@rgalegal.com

Kevin Gordon McDonald
on behalf of Creditor CSMC 2017-RPL3 Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Rebecca Ann Solarz
on behalf of Creditor DLJ Mortgage Capital Inc. rsolarz@kmllawgroup.com

Robert L. Schmidt
on behalf of Debtor Craig A. Ryno robert@astschmidtlaw.com info@astschmidtlaw.com;david@astschmidtlaw.com

Stacy-Ann T. Davy
on behalf of Creditor NJ Division of Taxation stacy-ann.davy@law.njoag.gov

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13