UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

**IN RE:**  CASE NO.: 17-18319-CMG
 CHAPTER 13

**Craig A. Ryno,**
**Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of CSMC 2017-RPL3 Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> Authorized Agent for Secured Creditor
> 130 Clinton Rd #202
> Fairfield, NJ 07004
> Telephone: 973-575-0707
> By: /s/Shauna Deluca
> Shauna Deluca

Email: sdeluca@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 17, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CRAIG A. RYNO 1807
BAY BLVD.
LAVALLETTE, NJ
08735

And via electronic mail to:

DAVID A. AST AST &
SCHMIDT 222
RIDGEDALE AVE.
PO BOX 1309 MORRISTOWN, NJ 07962-1309

ALBERT RUSSO STANDING CHAPTER 13 TRUSTEE CN 4853 TRENTON, NJ 08650-4853

U.S. TRUSTEE US DEPT OF JUSTICE OFFICE OF THE US TRUSTEE ONE NEWARK CENTER STE 2100 NEWARK, NJ 07102

By: /s/ Willie Burnett